AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations

Case 7:11-cr-01758   Document 145   Filed on 06/19/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas

**ENTERED**
June 19, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
Holding Session in Galveston

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**VICTOR MENDOZA JR.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>CASE NUMBER: 7:11CR01758-002<br>USM NUMBER: 02048-379<br><br>Mark Anthony Diaz<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) __3__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3. | Failure to follow USPO's instructions | 04/21/2020 |

☐ See Additional Violations

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s) __1 and 2__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: XXX-XX-6838<br>Defendant's Date of Birth: XX/XX/1990 | June 18, 2020<br>Date of Imposition of Judgment |
| City and State of Defendant's Residence:<br>Bay City, Texas | *(signature)*<br>Signature of Judge<br><br>**Jeffrey V. Brown**<br>**U.S. District Judge**<br>Name and Title of Judge<br><br>June 19, 2020<br>Date |

DEFENDANT: **VICTOR MENDOZA JR.**
CASE NUMBER: **7:11CR01758-002**

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 10 months

This term consists of TEN MONTHS (10). This term is ordered to run consecutive to any pending charges in Brazoria County District Court.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL